IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD DUMAINE, and LUCY DUMAINE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL GENERAL ASSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | CV 16–138–M–DLC<br><br>ORDER |

Pursuant to the Stipulation for Dismissal (Doc. 33),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 25th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court

FILED
JAN 2 5 2018
Clerk, U.S District Court
District Of Montana
Missoula